IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:20-CR-82-BO(4)



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| DANIEL PHILLIP GRIFFIN ) | |
| STARLETT MAY LEHTI ) | |
| a/k/a "Serenity" ) | |

The Grand Jury charges:

Beginning on or about January 10, 2019, and continuing until on or about January 21, 2019, in the Eastern District of North Carolina and elsewhere, the defendants, DANIEL PHILLIP GRIFFIN and STARLETT MAY LEHTI a/k/a "Serenity," aiding and abetting each other, knowingly transported a person having the initials B.O. in interstate commerce to engage in prostitution, in violation of Title 18, United States Code, Sections 2421(a) and 2.

(REST OF PAGE INTENTIONALLY LEFT BLANK)

1

## FORFEITURE

The defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a):

(1) Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s); and

(2) Any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such offense(s).

The forfeitable property includes, but is not limited to, $2,125 in U.S. currency; a Samsung S8 Plus cellular phone, IMEI number 355979085178123; and an LG Tracfone, IMEI number 358385084135246.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant—

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

2

853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

Date: 2/12/2020

ROBERT J. HIGDON JR.
United States Attorney

*[signature]*
ERIN C. BLONDEL
Assistant United States Attorney

*[signature]* for
CHARITY WILSON
Assistant United States Attorney

3